FILED
CLERK

10 JUN 21 PM 4:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

**TD BANK, N.A.**
2035 Limestone Road
Wilmington, DE 19808

    **Plaintiff,**

v.

**JP MORGAN CHASE BANK, N.A.**
1111 Polaris Parkway
Columbus, OH 43240

And

**MAX KAHAN, INC.**
20 West 47th Street, Suite 300
New York, NY 10036

    **Defendants.**

CV 10- 2843

Civ. No. _____

SPATT, J.

LINDSAY, M.J.

---

## CORPORATE DISCLOSURE STATEMENT OF TD BANK, N.A.

  Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff TD Bank, N.A., states the following:

  1.  TD Bank, N.A., a national banking association, is a wholly-owned subsidiary of TD Bank US Holding Company, a Delaware corporation, which in turn is a wholly-owned subsidiary of TD US P&C Holdings ULC, an Alberta, Canada, unlimited liability company, which in turn is a wholly-owned subsidiary of The Toronto-Dominion Bank, a Canadian-chartered bank, the stock of which is traded on the Toronto and New York Stock Exchanges under the symbol "TD."

2. No publicly held company directly owns more than 10% of the stock of TD Bank, N.A.

Respectfully submitted,

*Angela Stio /BKC*

Angelo A. Stio, III, Esq. (#AS 7880)
PEPPER HAMILTON LLP
The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 808-2700
Facsimile: (212) 286-9806

*Attorney for Plaintiff, TD Bank, N.A.*

OF COUNSEL:

Stephen G. Harvey, Esq.
Frank H. Griffin, IV, Esq.
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750

Dated: June 21, 2010