Sheldon Eisenberger (SE-2021)
The Law Office of Sheldon Eisenberger
*Attorneys for Defendant Max Kahan, Inc.*
30 Broad Street, 27th Floor
New York, New York 10004
(212) 422-3843

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| TD BANK, N.A., | |
| Plaintiff, | Case No. 10-CV-2843 (ADS) (ARL) |
| -against- | ECF CASE |
| JP MORGAN CHASE BANK, N.A. and MAX KAHAN, INC. | **NOTICE OF APPEARANCE** |
| Defendants. | |

**PLEASE TAKE NOTICE** that The Law Office of Sheldon Eisenberger, by Sheldon Eisenberger, Esq., hereby appears on behalf of defendant Max Kahan, Inc. and requests that service of a copy of all papers in this action be served upon the undersigned at the address set forth below.

Dated:   New York, New York
         June 23, 2010

                              THE LAW OFFICE OF SHELDON EISENBERGER
                              *Attorneys for Defendant Max Kahan, Inc.*

                              By:  /s/Sheldon Eisenberger
                                  Sheldon Eisenberger (SE-2021)
                              30 Broad Street—27th Floor
                              New York, New York 10004
                              (212) 422-3843

TO:   All Counsel (via ECF)

{00016212.DOC}