# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

:

UNITED STATES,                                               :

:

                                      Plaintiff,            :

:

                        - against -                         :

:

ALL FUNDS ON DEPOSIT IN TD BANK                              :
ACCOUNT NUMBER 7920060725, HELD IN                           :
THE NAME OF MAX KAHAN, INC., UP TO                           :
AND INCLUDING TWO MILLION EIGHTY                             :
NINE THOUSAND DOLLARS AND PROCEEDS                           :
TRACEABLE THERETO,                                           :

                        Defendant *in rem*.                  :

------------------------------------------------------------ X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 29 2010 ★

BROOKLYN OFFICE

ORDER

09-CV-4663 (JG)

The action is dismissed on the plaintiff's motion. The Seizure Warrant issued on

October 28, 2009 is hereby vacated, and the United States Secret Service is directed to return the

defendant property, with accrued interest, to TD Bank for deposit in account number

7920060725 held in the name of Max Kahan, Inc.

So ordered.

s/John Gleeson

Dated:        April 28, 2010
              Brooklyn, New York