**CIVIL CAUSE FOR CONFERENCE:** Order to Show Cause Hearing

Before JUDGE: ___GLEESON___   DATE: 8/3/10   TIME: 3:30pm — 3:50pm

Docket Number: 10CV 2843

TITLE: TD Bank, N.A. v. JP Morgan Chase Bank, N.A., et al

Courtroom Deputy: ___Ilene Lee___   CR: ___Mickey Brymer___

APPEARANCES:

FOR PLAINTIFF: Angelo A. Sito, III

FOR PLAINTIFF: _____

FOR DEFENDANT: Sheldon Eisenberger, Lisa Lebowitz,

FOR DEFENDANT: _____ Andrea L. Weiss.

✓ CASE CALLED.

___ COUNSEL FOR_____NOT PRESENT.

___ STATUS CONFERENCE HELD.   ___ PRE-MOTION CONFERENCE HELD.

___ CASE MARKED READY FOR JURY TRIAL ON_____ @ _____.

___ PARTIES ADVISE THE COURT THAT THE CASE HAS BEEN SETTLED.

___ ALL DISCOVERY TO BE COMPLETED BY_____.

✓ _Defendant's_ MOTION TO _Dismiss by Order to Show Cause [11]._
  Plaintiff's   Motion to Deposit Funds by TD Bank [18].

BRIEFING SCHEDULE:
  Motion due: _____  Opposition/Response due: _____  Replies due: _____

___ ORAL ARGUMENT/MOTION HEARING HELD ___ Motion GRANTED ___ Motion DENIED

___ DECISION RESERVED ___ DECISION READ INTO THE RECORD.

- The parties are directed to contact Magistrate Lindsey's chambers for all discovery schedules and conferences.
- The Court denies the defendant's Motion to Dismiss for reasons stated on the record.
- The Court grants the plaintiff's Motion to Deposit Funds in an interest bearing account to be handled by the Clerk of Court.
- Motion schedule was given: Motion due by 8/20/10; Oppositions due by 9/13/10; Replies are due by 9/20/10.
- Oral Argument set for Sept. 24, 2010 at 12pm (NOON).