## CIVIL CAUSE FOR CONFERENCE: Oral Argument

Before JUDGE: **GLEESON**  DATE: 9/27/10  TIME: 11:20AM – 11:40AM
Docket Number: 10 CV 2843

TITLE: TD Bank, N.A. v. JP Morgan Chase Bank, N.A., et al

Courtroom Deputy: Ilene Lee    CR: Marie Foley

APPEARANCES:

   FOR PLAINTIFF: _____

   FOR PLAINTIFF: _____

   FOR DEFENDANT: Andrea L. Weiss, Sheldon Eisenberger,

   FOR DEFENDANT: Lisa Lebowitz.

✓ CASE CALLED.

___ COUNSEL FOR _____ NOT PRESENT.

___ STATUS CONFERENCE HELD.    ___ PRE-MOTION CONFERENCE HELD.

___ CASE MARKED READY FOR JURY TRIAL ON _____ @ _____.

___ PARTIES ADVISE THE COURT THAT THE CASE HAS BEEN SETTLED.

___ ALL DISCOVERY TO BE COMPLETED BY _____.

✓ **Defendant's** MOTION ~~to~~ for Judgment on the Pleadings [27].

BRIEFING SCHEDULE:
  Motion due: _____ Opposition/Response due: _____ Replies due: _____

✓ ORAL ARGUMENT/MOTION HEARING HELD  ___ Motion GRANTED  ___ Motion DENIED

✓ DECISION RESERVED  ___ DECISION READ INTO THE RECORD.

___ DECISION IS TAKEN UNDER SUBMISSION.

– The Court's decision is reserved and will be filed via ECF separately.