# Pepper Hamilton LLP
##### Attorneys at Law
A Pennsylvania Limited Liability Partnership

Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
609.452.0808
Fax 609.452.1147

Michael J. Mann
Partner-in-Charge, Princeton Office

Angelo A. Stio, III
direct dial: 609.951.4125
stioa@pepperlaw.com

November 9, 2010

**VIA ECF AND OVERNIGHT DELIVERY**

The Honorable John Gleeson, U.S.D.J.
United States District Court
  For the Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *TD Bank, N.A. v. JP Morgan Chase Bank, N.A., et. al.*,
         No. 2:10-cv-02843

Dear Judge Gleeson:

    This firm represents Plaintiff TD Bank, N.A. ("TD Bank") in the above-referenced interpleader action. In accordance with the Court's October 28, 2010 Order, TD Bank has deposited the sum of $2,357.71 with the registry of the Court. A copy of the receipt evidencing the November 1, 2010 deposit of these funds is attached to this letter.

    Consistent with the October 28, 2010 Order, we respectfully request that the Court dismiss TD Bank from this case with prejudice.

    Thank you for your consideration of this request.

          Respectfully,

         s/Angelo A. Stio III

         Angelo A. Stio III

AAS:pah
Enc.
cc: Sheldon Eisenberger, Esq. (via e-mail)
  Andrea L. Weiss, Esq. (via e-mail)

#13435389 v1 (131116.68)

| Philadelphia | Boston | Washington, D.C. | Detroit | New York | Pittsburgh |
| Berwyn | Harrisburg | Orange County | Princeton | Wilmington | |

www.pepperlaw.com

```
&%RP&%D1&%RPCourt Name: Eastern District of
New York
Division: 1
Receipt Number: 4653021513
Cashier ID: tenecora
Transaction Date: 11/01/2010
Payer Name: TD BANK
----------------------------------
TREASURY REGISTRY
 For: TD BANK
 Case/Party: D-NYE-1-10-CV-002843-000
 Amount:      $2,357.71
----------------------------------
CHECK
 Check/Money Order Num: 6968
 Amt Tendered: $2,357.71
----------------------------------
Total Due:      $2,357.71
Total Tendered: $2,357.71
Change Amt:     $0.00
```